Certificate Number: 03088-PAW-DE-038678619

Bankruptcy Case Number: 24-70279



03088-PAW-DE-038678619

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2024, at 1:08 o'clock PM CDT, Jocelynn R Marsh completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 18, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor