IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  24-70279-JAD |
| Jocelynn Renee Marsh | ) | Chapter 13 |
| Debtor, | ) | Doc. No. 26 |
| Jocelynn Renee Marsh | ) | |
| Movant, | ) | |
| vs. | ) | |
| No Respondents | ) | |

FILED
3/28/25 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER APPROVING RETENTION OF REALTOR/BROKER**

**AND NOW** upon consideration of the *APPLICATION TO EMPLOY REALTOR TO SELL REAL ESTATE* (the "Application") filed at Doc. No. 26 it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1)    The Application is hereby approved as of the date the Application was filed.

(2)    Century 21 All Service, Inc. and Scott Morris, 212 Bloomfield Street, Johnstown, PA 15904, is hereby appointed as *Realtor/Broker* for the Debtor(s) in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at *148 Sherry Lane, Windber, PA 15963.* A realtor commission in the amount of *6%* on the sale price is tentatively approved, subject to final court order.

(3)    Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

(4)    The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(5)    *Applicant shall serve the within Order on all interested parties and file a certificate of service*

Date: March 28, 2025

jsf

Jeffery A. Deller, Judge
United States Bankruptcy Court

cc:    Trustee
       Debtor
       Counsel
       Realtor/Broker
       Office of the US Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70279-JAD |
| Jocelynn Renee Marsh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jocelynn Renee Marsh, 148 Sherry Lane, Windber, PA 15963-8909 |
| r | + | Scott Morris, Century 21 All Service, Inc., 212 Bloomfield Street, Johnstown, PA 15904-3243 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Corey J. Sacca | |
| | on behalf of Debtor Jocelynn Renee Marsh csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Denise Carlon | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf900 | Total Noticed: 2 |

TOTAL: 4