# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 24-70279-JAD |
| ) | |
| Jocelynn Renee Marsh ) | |
| ) | Chapter 7 |
| ) | |
| ) | |
| DEBTOR(S) ) | Document No._____ |
| ) | |

### *Affidavit RE: Lump Sum Payment Chapter 13 Plan*

I, Jocelynn Renee Marsh, aver as follows:

1. I have made two lump sum payments to finalize my chapter 13 plan.

2. The funds used for the payments were provided by my non-debtor spouse.

3. Non-Debtor Spouse received an inheritance from the passing of his grandmother and used these proceeds to make the lump-sum payments.

I verify this statement under the penalties of perjury and it is made to the best of my knowledge and belief.

Date: April 9, 2025                    */s/ Jocelynn Renee Marsh*