**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Jocelynn Renee Marsh,<br>　　　Debtor(s)<br><br>Jocelynn Renee Marsh ,<br>　　　Movant(s)<br>　　　　　　v.<br>No Respondent(s) | Bankruptcy No. 24-70279-JAD<br><br>Chapter 13 |

## **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor(s) has made all payments required by the Chapter 13 Plan.

2. The Debtor(s) is/are not required to pay any Domestic Support Obligations.

3. The Debtor(s) is/are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor(s) has/have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 18, 2024, at docket number 15 Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing the Certificates of Completion of Personal Financial Management Course.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

April 28, 2025 　　　　　　　　　　　　　/s/Jocelynn Renee Marsh
Date　　　　　　　　　　　　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 28, 2025 　　　　　　　　　/s/ Corey J. Sacca
　　　　　　　　　　　　　　　　　　　　Corey J. Sacca, Esquire
　　　　　　　　　　　　　　　　　　　　PA ID 306741
　　　　　　　　　　　　　　　　　　　　Bononi & Company, P.C.
　　　　　　　　　　　　　　　　　　　　20 North Pennsylvania Ave.
　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　724-832-2499
　　　　　　　　　　　　　　　　　　　　csacca@bononilaw.com