**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JOCELYNN RENEE MARSH <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:24-70279 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/10/2024 and confirmed on 8/15/24. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 22,404.00 |
| Less Refunds to Debtor | 1,052.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,351.43 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,750.00 | |
|   Trustee Fee | 1,344.24 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,094.24 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5177 | | | | |
|        ***NONE*** | | | | |
| **Priority** | | | | |
|   COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOCELYNN RENEE MARSH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOCELYNN RENEE MARSH | 1,052.57 | 1,052.57 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONONI & COMPANY PC | 4,750.00 | 4,750.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|        ***NONE*** | | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE NA BY AMERICAN INFOSOU | 1,019.22 | 1,019.22 | 0.00 | 1,019.22 |
|     Acct: 2985 | | | | |
|   RESURGENT RECEIVABLES LLC | 2,561.44 | 2,561.44 | 0.00 | 2,561.44 |
|     Acct: 9206 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH | 5,107.21 | 5,107.21 | 0.00 | 5,107.21 |
|     Acct: 4480 | | | | |
|   CITIBANK NA** | 1,244.36 | 1,244.36 | 0.00 | 1,244.36 |
|     Acct: 8251 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR CO | 290.65 | 290.65 | 0.00 | 290.65 |
|     Acct: 5929 | | | | |
|   LVNV FUNDING LLC | 309.77 | 309.77 | 0.00 | 309.77 |
|     Acct: 4174 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 2,650.71 | 2,650.71 | 0.00 | 2,650.71 |
|     Acct: 4014 | | | | |
|   RESURGENT RECEIVABLES LLC | 1,532.05 | 1,532.05 | 0.00 | 1,532.05 |
|     Acct: 3676 | | | | |
|   RESURGENT RECEIVABLES LLC | 541.78 | 541.78 | 0.00 | 541.78 |
|     Acct: 6435 | | | | |

24-70279 JAD    Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 15,257.19 |
| **TOTAL PAID TO CREDITORS** | | | | | **15,257.19** |
| TOTAL CLAIMED | | | | | |
| PRIORITY | | 0.00 | | | |
| SECURED | | 0.00 | | | |
| UNSECURED | | 15,257.19 | | | |

Date: 07/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOCELYNN RENEE MARSH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:24-70279 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70279-JAD |
| Jocelynn Renee Marsh | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 29, 2025 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jocelynn Renee Marsh, 148 Sherry Lane, Windber, PA 15963-8909 |
| r | + | Scott Morris, Century 21 All Service, Inc., 212 Bloomfield Street, Johnstown, PA 15904-3243 |
| 15822113 | + | HOLIDAY FINANCIAL SERVICES, 300 WALMART DR, SUITE 150, EBENSBURG, PA 15931-4214 |
| 15818021 | + | Holiday Financial Serv, 300 Walmart Dr Ste 150, Ebensburg, PA 15931-4214 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15818015 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2025 00:17:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16424502 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2025 00:17:56 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15818016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2025 00:29:06 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15818017 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2025 00:17:56 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 16432144 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2025 00:29:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15818018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2025 00:17:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15818019 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2025 00:10:00 | Comenity/Sally, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15818020 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2025 00:18:14 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 16431118 | + | Email/Text: RASEBN@raslg.com | Jul 30 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16433682 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 00:28:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15818022 | + | Email/PDF: ebnotices@pnmac.com | Jul 30 2025 00:17:56 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16425117 | + | Email/PDF: ebnotices@pnmac.com | Jul 30 2025 00:29:00 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16433129 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2025 00:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15841099 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 00:18:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15818023 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2025 00:18:38 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15818024 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2025 00:17:47 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey J. Sacca | on behalf of Debtor Jocelynn Renee Marsh csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4